| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Whaley, Robert H | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>06/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 283<br>Spokane, WA 99210-0283 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED Jun 30 11 28 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Winston & Cashatt Law Firm, Salary |
| 2. | 2003 | Winston & Casahtt, Consulting Fee |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Nokia Corporation ADR Common Stock | A | Dividend | J | T | | | | | |
| 3. -Fidelity Contrafund Mutual Fund | A | Dividend | K | T | | | | | |
| 4. -Fidelity Equity Income II Mutual Fund | A | Dividend | K | T | | | | | |
| 5. -Fidelity Dividend Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 6. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 7. -Fidelity Select Electronics Mutual Fund | | None | J | T | | | | | |
| 8. -Fidelity Select Computers Mutual Fund | | None | J | T | | | | | |
| 9. -American Investment Company of America CL A Mutual Fund | A | Dividend | K | T | Part Sold | 2-24 | J | | |
| 10. -American Investment Company of America CL A Mutual Fund | A | Dividend | K | T | Part Sold | 11-17 | K | C | |
| 11. -Core Cash Account | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. SMITH BARNEY: | | | | | | | | | |
| 14. -Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 15. -AMNEX, Inc. NEW Common Stock | | None | J | T | | | | | |
| 16. -Plum Creek Timber Co., Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. -Ford Motor Company Capital TR Preferred Stock | A | Interest | J | T | | | | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FRANKLIN TEMPLETON: | | | | | | | | | |
| 20. -Templeton Developing Markets Trust Mutual Fund | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. CHASEMELLON: | | | | | | | | | |
| 23. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. NATIONAL SECURITIES CORPORATION: | | | | | | | | | |
| 26. -Montana Precision Mining Ltd. Common Stock | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. FIDELITY INVESTMENTS: | | | | | | | | | |
| 29. -Fidelity Diversified International | A | Dividend | K | T | Buy | 12-19 | K | | |
| 30. -Fidelity Small Cap Stock | | None | K | T | Buy | 12-15 | K | | |
| 31. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 32. -Fidelity Contrafund Mutual Fund | A | Dividend | L | T | | | | | |
| 33. -Fidelity Magellan Mutual Fund | A | Dividend | K | T | Part Sold | 12-15 | K | B | |
| 34. -Fidelity Low Priced Stock | A | Dividend | K | T | Buy | 12-15 | K | | |
| 35. -Fidelity Blue Chip Growth Mutual Fund | A | Dividend | | | Sold | 12-15 | K | E | |
| 36. -Fidelity Dividend Growth Mutual Fund | A | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. SMITH BARNEY PROFIT SHARING #1 ACCOUNT: | | | | | | | | | |
| 38. -SB Money Funds Govt Port CL A | A | Dividend | J | T | | | | | |
| 39. -Amnex, Inc. New Common Stock | | None | J | T | | | | | |
| 40. -Benj Franklin Svgs & Ln Assn Common Stock (see VIII) | | None | | | Sold | 12-08 | J | A | |
| 41. -Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 42. -EMC Corp. Common Stock | | None | J | T | | | | | |
| 43. -GATX Corporation Common Stock | A | Dividend | | | Sold | 4-24 | J | B | |
| 44. -Gold Reserve Corporation Common Stock (see VIII) | | None | | | Sold | 12-08 | K | E | |
| 45. -Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 46. -McData Corp Class A Common Stock | | None | | | Sold | 12-08 | J | | |
| 47. -Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. -Pfizer Inc. Common Stock | A | Dividend | | | Sold | 12-08 | J | A | |
| 49. -Time Warner Inc. (see VIII) | | None | J | T | | | | | |
| 50. -AIM Constellation Fund Class A Mutual Fund | | None | | | Sold | 1-31 | L | | |
| 51. -Neuberger Berman Rlty Income Fd Inc | B | Dividend | K | T | Buy | 4-24 | K | | |
| 52. -Nuveen Pfd & Conv Income Fd | C | Dividend | L | T | Buy | 3-31 | L | | |
| 53. -Calamos Growth Fund Cl B | | None | K | T | Buy | 12-19 | K | | |
| 54. -FPA Perennial Fund | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. -Fidelity Advisor Equity Growth Fund Class T | | None | J | T | | | | | |
| 56. -MTB Small Cap Growth Fund Cl A (see VIII) | | None | K | T | | | | | |
| 57. -Evergreen Growth & Income Fund Class A Mutual Fund | A | Dividend | | | Sold | 4-24 | K | A | |
| 58. -Russell Multi Manager Principal Protected Fd Cl B | A | Dividend | L | T | Buy | 2-03 | L | | |
| 59. -Smith Barney Classic Values Fund Class B | A | Dividend | K | T | Buy | 4-24 | K | | |
| 60. -Van Kampen Equity and Income Fund Class C Mutual Fund | A | Dividend | K | T | | | | | |
| 61. -Strips-Tint-US Treasury Bonds (see VIII) | | None | | | Redeemed | 3-06 | L | E | |
| 62. | | | | | | | | | |
| 63. SMITH BARNEY PROFIT SHARING #2 ACCOUNT: | | | | | | | | | |
| 64. -SB Money Funds Govt Port Class A | A | Dividend | J | T | | | | | |
| 65. -Advanced Remote Communications Solutions Inc. Common Stock | | None | J | T | | | | | |
| 66. -MPM Technologies, Inc. Common Stock | | None | J | T | | | | | |
| 67. -Nuveen Quality Pfd Income Fd 2 Mutual Fund | B | Dividend | K | T | | | | | |
| 68. -Fidelity Advisor Equity Growth Fund Class T Mutual Fund | | None | | | Sold | 6-10 | K | | |
| 69. -SunAmerica Focused Large-Cap Growth Class B | | None | L | T | Buy | 6-11 | K | | |
| 70. -Van Kampen Equity and Income Fund Class C Mutual Fund | A | Dividend | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 74. -Fidelity Low Priced Stock | A | Dividend | J | T | Buy | 12-16 | J | | |
| 75. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 76. -Fidelity Select Develop Communications Mutual Fund | | None | J | T | | | | | |
| 77. -Fidelity Select Biotechnology Mutual Fund | | None | J | T | | | | | |
| 78. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 79. -Fidelity Select Computers Mutual Fund | | None | K | T | | | | | |
| 80. -Fidelity Select Electronics Mutual Fund | | None | K | T | | | | | |
| 81. | | | | | | | | | |
| 82. ST. JUD. RETIREMENT (FIDELITY INDEPENDENCE FUND) Mutual Fund | A | Dividend | K | T | | | | | |
| 83. | | | | | | | | | |
| 84. SMITH BARNEY: | | | | | | | | | |
| 85. -SB Money Funds Govt Port CL A | A | Dividend | J | T | | | | | |
| 86. -Amgen Inc. Common Stock | | None | K | T | | | | | |
| 87. -Benj Franklin Svgs & Loan Assn Common Stock | | None | J | T | | | | | |
| 88. -Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 89. -Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 90. -Walt Disney Holding Co. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Time Warner Inc. Common Stock | | None | J | T | | | | | |
| 92. -Worldcom Ino. Worldcom Group Com Common Stock | | None | J | T | | | | | |
| 93. -Worldcom Inc. GA New MCI Group Com Common Stock | | None | J | T | | | | | |
| 94. -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 95. -AIM Constellation Fund Class A Mutual Fund | | None | K | T | | | | | |
| 96. -Fidelity Advisor Equity Growth Fund Class T Mutual Fund | | None | | | Sold | 12-16 | L | | |
| 97. -Putnam New Opportunities Fund Mutual Fund | | None | | | Sold | 12-16 | K | | |
| 98. -American Balanced Fund Class C | | None | K | T | Buy | 12-17 | K | | |
| 99. -Calamos Growth Fund Class C | | None | K | T | Buy | 12-17 | K | | |
| 100. | | | | | | | | | |
| 101. FIDELITY INVESTMENTS: | | | | | | | | | |
| 102. -Fidelity Canada | | None | J | T | Buy | 12-31 | J | | |
| 103. -Fidelity Diversified International | | None | J | T | Buy | 12-31 | J | | |
| 104. -Fidelity Small Cap Stock | | None | J | T | Buy | 12-16 | J | | |
| 105. -Fidelity Asset Manager Growth | A | Dividend | K | T | | | | | |
| 106. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 107. -Magellan | A | Dividend | | | Sold | 12-15 | J | C | |
| 108. -Fidelity Aggressive Growth | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | | | If | from disclosure | |
|---|---|---|---|---|---|---|---|
| | | | | | | (3) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Fidelity Select Computers Mutual Fund | | None | J | T | | | | | |
| 128. -Fidelity Advisor Growth Oppty Class T Mutual Fund | A | Dividend | J | T | | | | | |
| 129. -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 130. -White Oak Growth Stock Mutual Fund | | None | J | T | | | | | |
| 131. -Templeton Foreign Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 132. -Vanguard Growth Index Mutual Fund | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. SMITH BARNEY: | | | | | | | | | |
| 135. -SB Money Funds Cash Portfolio | | None | | | Sold | 12-19 | J | | |
| 136. -Aim Equity - Constellation Mutual Fund | | None | J | T | | | | | |
| 137. -Fidelity Advisor Growth Opportunities Mutual Fund | A | Dividend | | | Sold | 12-19 | J | | |
| 138. -Calamos Growth Fund | | None | J | T | Buy | 12-17 | J | | |
| 139. | | | | | | | | | |
| 140. VAN KAMPEN: | | | | | | | | | |
| 141. -Enterprise Fund A Mutual Fund | | None | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | A | Dividend | K | W | | | | | |
| 144. | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145.  Lot & House, Laclede, ID | | None | N | W | | | | | |
| 146. | | | | | | | | | |
| 147.  Logue McDonald Corporation, Spokane, WA | | None | J | W | | | | | |
| 148. | | | | | | | | | |
| 149.  MassMutual: GP Life at 69 | A | Dividend | K | T | | | | | |
| 150. | | | | | | | | | |
| 151.  MassMutual: Whole Life | | None | K | T | | | | | |
| 152. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whaley, Robert H | 06/28/2004 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Comments re entries in Section VII:

Page 3, line 40:  The cost of the Benjamin Franklin Savings & Loan Common Stock is unknown. Records are available only back to 12-31-91. At that time, the stock was not listed. Years ago, the U.S. Government closed Benjamin Franklin Savings & Loan; and shares were written off. There was an anticipation of reimbursement to Benjamin Franklin Savings & Loan of assets confiscated the the U.S. Government. Because of this potential reimbursement, the stock began actively trading again and was characterized on Smith Barney's records as "position adjustment/reinstate 10-18-91 deletion" on 3-18-97. Using that value as the cost (J) would yield a gain of A. This is a "best guess."

Page 3, line 44:  The cost of the Gold Reserve Corporation Common Stock is unknown. Records are available only back to 12-31-91. At that time, the value was J. Using that cost and the value of the sale would yield a gain of E, but this is a "best guess."

Page 3, line 49:  Name change of stock on 10-16-03 from AOL Time Warner Inc. to Time Warner.

Page 4, line 56:  Name change of fund on 8-29-03 from Ark Small Cap Equity Portfolio Fd Mutual Fund to MTB Small Cap Growth Fund Cl A.

Page 4, line 61;  Strips-Tint-US Treasury Bonds were redeemed, and the proceeds were used to purchase Nuveen Pfd & Conv Income Fd.

Page 6, line 91:  Name change of stock on 10-16-03 from AOL Time Warner to Time Warner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign _____  Date  6-28-04 _____

NOTE: ANY INDIVIDUAL ␣␣␣ KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544